COX, APPELLEE, *v.* HENRY ET AL., APPELLANTS.

[Cite as Cox *v.* Henry (1989), 42 Ohio St. 3d 177.]

(No. 88-433—Submitted March 29, 1989—Decided May 10, 1989.)

*Ronald R. Calhoun,* for appellants.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.